UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Grecia,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 1:18-cv-03696-AKH<br><br>**JOINT MOTION TO CONTINUE THE TEMPORARY STAY OF DEADLINES TO COMPLETE SETTLEMENT** |

Plaintiff William Grecia ("Grecia") and Defendant JPMorgan Chase Bank, N.A. ("Chase") respectfully request that the Court continue the current temporary stay of all pending deadlines in this action for an additional 30 days, including but not limited to Chase's response to Grecia's second amended complaint on November 28, 2018.

The parties are in the process of finalizing the written settlement agreement, and the requested continuance of the current stay would preserve the parties' and the Court's resources.

Dated: November 19, 2018

Respectfully Submitted,

/s/ *Matthew M. Wawrzyn*
Matthew M. Wawrzyn *(pro hac vice)*
Wawrzyn & Jarvis LLC
2700 Patriot Blvd., Suite 250
Glenview, IL 60026
847.656.5864
matt@wawrzynlaw.com

*Counsel for William Grecia*

/s/ *Shamita D. Etienne-Cummings*
Shamita D. Etienne-Cummings *(pro hac vice)*
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005
T: (202) 626-3600
F: (202) 639-9355
E: setienne@whitecase.com

*Counsel for JPMorgan Chase Bank, N.A.*

## PROOF OF SERVICE

The undersigned hereby certifies that on November 19, 2018, a true and correct copy of the above and foregoing document was electronically filed with the Court. Pursuant to Local Rule 5.2, the Court's Procedures for Electronic Filing, this constitutes service on the above-listed counsel.

*/s/ Matthew M. Wawrzyn*
Matthew M. Wawrzyn (*pro hac vice*)